**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **THEODORE OTIS ROBERTS,** | : | |
| **Petitioner,** | : | |
| **v.** | : | **CIVIL ACTION  05-00231-WS-B** |
| **GRANT CULLIVER,** | : | |
| **Respondent.** | : | |

**ORDER**

_____After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that petitioner's petition for habeas corpus relief is hereby **DENIED**.

**DONE** and **ORDERED** this 21st day of May, 2008.

_____         s/WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE