IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **THEODORE OTIS ROBERTS,** | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION 05-00231-WS-B |
| **GRANT CULLIVER,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby **DENIED**.

**DONE** and **ORDERED** this 21st day of May, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE