```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF
              ALABAMA SOUTHERN DIVISION
```

**THEODORE OTIS ROBERTS,**      :

    **Petitioner,**            :

**v.**                          :   **CIVIL ACTION NO. 05-00231-WS-B**

                               : :

**GRANT CULLIVER,**

    **Respondent.**              ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that petitioner's request for a Certificate of Appealability is hereby **DENIED**.

DONE this 17th day of July, **2008**.

                                        <u>s/WILLIAM H. STEELE</u>
                                        **UNITED STATES DISTRICT JUDGE**