```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF
              ALABAMA SOUTHERN DIVISION
```

| | |
|---|---|
| THEODORE OTIS ROBERTS, | Respondent. |
| Petitioner, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| GRANT CULLIVER, | 05-00231-WS-B : : |

<u>JUDGMENT</u>

     It is **ORDERED, ADJUDGED, and DECREED** that the request for a Certificate of Appealability be and is hereby **DENIED**.

    DONE this 17th day of July, **2008**.

                              <u>s/WILLIAM H. STEELE</u>
                              **UNITED STATES DISTRICT JUDGE**